DECEMBER 1, 1953

**No. 57672.—SUIT 4773.—United States *v.* The Winkler-Koch Engineering Company.—** ▮▮▮—C. D. 1494 affirmed November 2, 1953. C. A. D. 540.